# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  4:14-cr-107 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| ROLAND FINK, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on June 29, 2021[1]. The Court referred this matter to Magistrate Judge Kathleen B. Burke to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Burke reported that a supervised release violation hearing was held on July 28, 2021. The defendant admitted to the following violations:

    1. Rendered a drug screen that tested positive for cannabinoids;
    2. Failure to notify at least ten days prior to a change in residence;
    3. Failure to abide by the Sex Offender Registration and Notification Act.

The magistrate judge filed a report and recommendation on July 28, 2021, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1, 2, and 3.

---

[1] A Superseding Violation Report containing updated information was filed on July 7, 2021.

A final supervised release violation hearing was conducted on August 17, 2021. Present were the following: Assistant United States Attorney Colleen Egan, representing the United States; Attorney Damian Billak, representing the defendant; the defendant Roland Fink and United States Probation Officer Mark Roth.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, and 3.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a period of 10 months with credit for time served to date beginning July 2, 2021.

Following release from BOP custody, the defendant shall be placed on Supervised Release for a period of 24 months under the same terms and conditions originally imposed and the following additional condition:

**Cognitive Behavioral Treatment**

You must participate in a cognitive-behavioral treatment program, at the discretion of your U.S. Probation Officer, and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

**IT IS SO ORDERED**.

Dated: August 17, 2021

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**