**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  4:14-cr-107 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| ROLAND FINK, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on 9/8/2022. Superseding violation reports were filed in this case on 10/28/2022 and 11/7/2022, and a supplemental violation report was filed on 5/1/2023. The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that the parties appeared for a preliminary hearing on 5/5/2023, and the defendant waived his right to a preliminary hearing, which the Court accepted. The hearing involved the following violation:

1.  New Law Violation.[1]

A final supervised release violation hearing was conducted on 6/7/2023. Present were the following: Assistant U.S. Attorney Toni Beth Schnellinger, representing the United States; Attorney Damian Billak, representing the defendant; the Defendant Roland Fink; and United States Probation Officer Parrish Ellis. The Defendant waived his right to

---

[1] The United States of America withdrew alleged violations 2, 3, and 4.

a revocation hearing and admitted to violating the conditions of his supervised release as charged in the second superseding violation report.

The Court accepts the waiver, adopts the report and recommendation, and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in second superseding violation number 1.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a period of 24 months, to be served concurrently with the undischarged state court sentence in the Mahoning County Court of Common Pleas, case number 22-cr-641. The Court recommends that the defendant be placed at FCI Elkton and that the defendant participate in a mental health evaluation and counseling program at the designated facility, and receive treatment as appropriate. Upon release from imprisonment, the defendant is to serve a term of supervised release of 1 year, with the same terms and conditions as previously ordered. Defendant remanded.

**IT IS SO ORDERED**.

Dated: June 7, 2023

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT COURT**
**CHIEF JUDGE**