UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  4:14-cr-107 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| ROLAND FINK, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on August 8, 2024.[1] The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on May 8, 2025. The defendant admitted to the following violation:

1. New Law Violation

The magistrate judge filed a report and recommendation on May 8, 2025, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation number 1.

---

[1] A supplemental report was filed on May 5, 2025, to update the Court on the state court proceedings.

A final supervised release violation hearing was conducted on May 27, 2025. Present were the following: Assistant United States Attorney Toni Beth Schnellinger, representing the United States; Attorney Damian Billak, representing the defendant; the defendant Roland Fink, and United States Probation Officer Parrish Ellis.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation number 1.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 18 months, to be served consecutively to the undischarged sentence in the Mahoning County Court of Common Pleas, case number 24CR00485. The defendant is to receive credit for time served to date. Following imprisonment, the defendant is to be placed on supervised release for a period of 1 year with the same terms and conditions as previously imposed.

Defendant remanded.

**IT IS SO ORDERED**.

Dated: May 27, 2025

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**